**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF WEST VIRGINIA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Contemporary Galleries of West Virginia Inc.** | |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years <br><br> Include any assumed names, trade names and *doing business as* names | **DBA  C G Concepts** <br> **DBA  C G Realty Corporation** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **55-0564447** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1615 6th Ave** <br> **Charleston, WV 25387** <br> Number, Street, City, State & ZIP Code | **PO Box 2829** <br> **Charleston, WV 25330** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Kanawha** <br> County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)  _____

6. Type of debtor

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

Debtor   **Contemporary Galleries of West Virginia Inc.**                    Case number (if known) _____
            Name

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as described in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.

   _____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor    **Contemporary Galleries of West Virginia Inc.**
        Name                                                    Case number (*if known*)

**10.  Are any bankruptcy cases
       pending or being filed by a
       business partner or an
       affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1,
attach a separate list

| | | |
|---|---|---|
| Debtor | | Relationship |
| District | When | Case number, if known |

**11.  Why is the case filed in
       *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
   preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or
       have possession of any
       real property or personal
       property that needs
       immediate attention?**

☐ No
■ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
   livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other    **Assets of the estate are in former business premisis recently sold.**

**Where is the property?**    **1615 6th Ave**
                              **Charleston, WV, 25387-0000**

                              Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

■ Yes.    Insurance agency    **Travelers**

          Contact name

          Phone    **(304) 344-1564**

---

**▉ Statistical and administrative information**

**13.  Debtor's estimation of
       available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of
       creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Contemporary Galleries of West Virginia Inc.**                    Case number (*if known*) _____
          Name

| 16. | **Estimated liabilities** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☑ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Contemporary Galleries of West Virginia Inc.**
_____   Case number (*if known*) _____
Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature**
    **of authorized**
    **representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Oct 14, 2023_
            MM / DD / YYYY

X _____      **Mary E. Russell**
Signature of authorized representative of debtor      Printed name

Title   **President**

---

18. **Signature of attorney**    X _____      Date **07/14/2023**
                                 Signature of attorney for debtor                MM / DD / YYYY

**Emmett Pepper**
Printed name

**Pepper and Nason**
Firm name

**8 Hale St**
**Charleston, WV 25301**
Number, Street, City, State & ZIP Code

Contact phone  **304-346-0361**      Email address   **tinas@peppernason.com**

**12051 WV**
Bar number and State

---

# United States Bankruptcy Court
## Southern District of West Virginia

In re __Contemporary Galleries of West Virginia Inc.__

Debtor(s)

Case No. _____

Chapter __7__

## DECLARATION RE: ELECTRONIC FILING
## AND STATEMENT OF SOCIAL SECURITY NUMBER(S)

PART I - DECLARATION OF PETITIONER(S):

I [We] __Mary E. Russell__ and _____, the undersigned debtor(s), corporate officer, partner, or member, hereby declare under penalty of perjury that the information I have given or will give my attorney and the information provided in the electronically filed petition, statements and schedules is true and correct. I consent to my attorney sending my petition, this declaration, statements and schedules and any future amendments of these documents to the United States Bankruptcy Court, United States Trustee and Panel Trustee. I understand that this *Declaration Re: Electronic Filing and Statement of Social Security Number(s)* is to be filed with the Clerk after the petition has been filed electronically but, in any event, no later than five (5) business days after the petition has been filed.

I [We] hereby designate my attorney, whose signature, name, address, West Virginia State Bar No., telephone and fax numbers are set forth below, as my agent to receive service of process and service of all pleadings in all proceedings, including adversary actions and contested matters, pursuant to Bankruptcy Rule 7004(b)(8), in this Court arising in this case. This designation shall expire upon entry of the final decree.

[If petitioner is an individual and has chosen to file under chapter 7, 11, 12 or 13]  I am aware that I may proceed under chapter 7, 11, 12, or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter __7__. I request relief in accordance with the chapter specified in the petition.

[If petitioner is an individual]
_____ (Name of debtor):
(Check the appropriate box and, if applicable, provide the required information.)
☐   has a Social Security Number and it is: _____ (if more than one, state all.)
☐      does NOT have a Social Security Number.

_____ (Name of joint debtor):
(Check the appropriate box and, if applicable, provide the required information.)
☐   has a Social Security Number and it is: _____ (if more than one, state all.)
☐      does NOT have a Social Security Number.

Signed: _____

(Debtor)                                                    (Date)

Signed: _____

(Joint Debtor)                                              (Date)

[If petitioner is a corporation, partnership, or limited liability entity]  I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

Signed: _____    July 14, 2023

**Mary E. Russell**                                            (Date)
(Authorized Corporate Officer, Partner, or Member)

PART II - DECLARATION OF ATTORNEY:

I declare under penalty of perjury that I have reviewed the above debtor's[s'] petition, schedules, and statements and certify that the information is complete and correct to the best of my ability and as I have been informed by the debtor(s).  The debtor(s) reviewed these schedules and signed the Declaration Re: Electronic Filing and Statement of Social Security Number(s) before I submitted the petition, schedules and statements for filing. I will give the debtor(s) a copy of all pleadings and information to be filed with, or received from, the United States Bankruptcy Court, and have complied with all other requirements in General Order 03-01, the *Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means*, or subsequent amendments to the Administrative Procedures, and this Court's Local Rules. If this is an individual, I have informed the petitioner(s) that he and/or she may proceed under chapter 7, 11, 12, or 13 of Title 11, United States Code, and have explained the relief available under each such chapter. This declaration is based upon all information of which I have knowledge.

Dated: _7/14/2023_          Signed: _____

**Emmett Pepper**
Attorney for Debtor(s), WV State Bar # **12051 WV**
**8 Hale St**
**Charleston, WV 25301**
**304-346-0361**
**304-346-1054**
**tinas@peppernason.com**

**(FILE ORIGINAL WITH COURT - DO NOT FILE ELECTRONICALLY)**

Resolution of Board of Directors
of
**Contemporary Galleries of West Virginia Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Mary E. Russell, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Mary E. Russell, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Mary E. Russell, President** of this Corporation is authorized and directed to employ **Emmett Pepper**, attorney and the law firm of **Pepper and Nason** to represent the corporation in such bankruptcy case.

Date ___July 14th 2023___        Signed ___Mary E. Russell___

Date _____        Signed _____

## United States Bankruptcy Court
### Southern District of West Virginia

In re    **Contemporary Galleries of West Virginia Inc.**
Debtor(s)

Case No.
Chapter    **7**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS  (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

1. Gross Income For 12 Months Prior to Filing:    $    863,237.00

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

2. Gross Monthly Income    $    15,758.60

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| | |
|---|---:|
| 3. Net Employee Payroll (Other Than Debtor)    $ | 0.00 |
| 4. Payroll Taxes | 0.00 |
| 5. Unemployment Taxes | 0.00 |
| 6. Worker's Compensation | 0.00 |
| 7. Other Taxes | 0.00 |
| 8. Inventory Purchases (Including raw materials) | 0.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | 0.00 |
| 10. Rent (Other than debtor's principal residence) | 0.00 |
| 11. Utilities | 0.00 |
| 12. Office Expenses and Supplies | 0.00 |
| 13. Repairs and Maintenance | 0.00 |
| 14. Vehicle Expenses | 0.00 |
| 15. Travel and Entertainment | 0.00 |
| 16. Equipment Rental and Leases | 0.00 |
| 17. Legal/Accounting/Other Professional Fees | 0.00 |
| 18. Insurance | 0.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | 0.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

DESCRIPTION                                        TOTAL

21. Other (Specify):

DESCRIPTION                                        TOTAL

22. Total Monthly Expenses (Add items 3-21)    $    0.00

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)    $    15,758.60

## United States Bankruptcy Court
### Southern District of West Virginia

In re    **Contemporary Galleries of West Virginia Inc.**                  Case No.

                                           Debtor(s)           Chapter    **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Mary E. Russell**, declare under penalty of perjury that I am the **President** of **Contemporary Galleries of West Virginia Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the  14th  day of  July , 2023.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Mary E. Russell, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Mary E. Russell, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Mary E. Russell, President** of this Corporation is authorized and directed to employ **Emmett Pepper**, attorney and the law firm of **Pepper and Nason** to represent the corporation in such bankruptcy case."

Date _____July 14, 2023_____      Signed _____

                                                 **Mary E. Russell**

**United States Bankruptcy Court**
**Southern District of West Virginia**

In re   **Contemporary Galleries of West Virginia Inc.**

_____
                                  Debtor(s)

Case No.   _____
Chapter   **7**   _____


**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Contemporary Galleries of West Virginia Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


7/14/2023
_____
Date

_____
**Emmett Pepper**
Signature of Attorney or Litigant
Counsel for   **Contemporary Galleries of West Virginia Inc.**
**Pepper and Nason**
**8 Hale St**
**Charleston, WV 25301**
**304-346-0361 Fax: 304-346-1054**
**tinas@peppernason.com**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Contemporary Galleries of West Virginia Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

**7.    Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Tri-state Equipment** | $4,600.00 |
| 7.2. | **Southern Ohio Medical Center** | $4,900.00 |

**8.    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.    Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$9,500.00

### Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11.    Accounts receivable**

Debtor    **Contemporary Galleries of West Virginia Inc.**          Case number *(If known)* _____
_____
Name

| 11a. 90 days old or less: | 60,000.00 | - | 0.00 | = .... | $60,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | $60,000.00 |

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** | | | | |
| 22.   **Other inventory or supplies** **Inventory our cost** | | $0.00 | | $200,000.00 |

23.    **Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84. | $200,000.00 |

24.    Is any of the property listed in Part 5 perishable?
■ No
☐ Yes

25.    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Debtor **Contemporary Galleries of West Virginia Inc.**          Case number *(if known)* _____
_____
Name

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Office furniture | $0.00 | | $10,000.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Office equipment | $0.00 | | $5,000.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.                                                   $15,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** Newer fork lift | $0.00 | | $10,000.00 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.                                                   $10,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

Debtor    **Contemporary Galleries of West Virginia Inc.**                              Case number *(If known)* _____
_____
Name

☐ No
■ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 9: | **Real property** |

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

                                                                            Current value of
                                                                            debtor's interest

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

       **Possible claim for Covid tax refund**                               $60,000.00
       _____              _____

78.    **Total of Part 11.**                                             | $60,000.00 |
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor      **Contemporary Galleries of West Virginia Inc.**                    Case number *(If known)* _____
            Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $9,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $60,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $200,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $15,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $10,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $60,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $354,500.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $354,500.00 |

**Fill in this information to identify the case:**

Debtor name      **Contemporary Galleries of West Virginia Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                        12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:      List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|
| **2.1** **SBA Disaster Loan**<br>Creditor's Name<br><br>**Office of Disaster**<br>**Assitance**<br>**14925 Kingsport**<br>**Fort Worth, TX 76155**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Blanket lien on all assets; not sure if**<br>**perfected**<br><br><br>Describe the lien | $500,000.00 | $250,000.00 |

Creditor's email address, if known _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**
**12/23/21**
Last 4 digits of account number _____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   $500,000.00

### Part 2:      List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did<br>you enter the related creditor? | Last 4 digits of<br>account number for<br>this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name  **Contemporary Galleries of West Virginia Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** | **$100,000.00** |
| **Internal Revenue Service** **PO Box 7346** **Philadelphia, PA 19101** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Federal payroll taxes (interest & penalties)** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No ☐ Yes | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$268,602.37** | **$268,602.37** |
| **Kanawha County Sheriff Dept** **111 Court Street** **Charleston, WV 25301** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Taxes** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No ☐ Yes | | |

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

Debtor   **Contemporary Galleries of West Virginia Inc.**                      Case number (if known) _____
         <sub>Name</sub>

---

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,739.50 |
|---|---|---|---|

**3branch**
**PO Box 2217**
**Northbrook, IL 60065**

Date(s) debt was incurred  10/19/15

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,098.00 |
|---|---|---|---|

**Advance**
**Advance Install Services**
**1180 113th St**
**Grand Prairie, TX 75050**

Date(s) debt was incurred  8/22/16

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $507.21 |
|---|---|---|---|

**Ali Farmer**
**1425 Corona Dr**
**Lexington, KY 40514**

Date(s) debt was incurred  8/31/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Auto deficiency loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.08 |
|---|---|---|---|

**Amber Yost**
**1612 McClung St**
**Charleston, WV 25311**

Date(s) debt was incurred  8/24/16

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27.32 |
|---|---|---|---|

**Amy Schlachter**
**2331 Fortune Dr**
**#290**
**Lexington, KY 40509**

Date(s) debt was incurred  5/31/16

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36.86 |
|---|---|---|---|

**Appalachian Power**
**PO Box 24413**
**Canton, OH 44701**

Date(s) debt was incurred  2023

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33.00 |
|---|---|---|---|

**Appenx**
**1730 Lincoln Ave**
**Holland, MI 49423**

Date(s) debt was incurred  2023

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Contemporary Galleries of West Virginia Inc.**                                        Case number (if known) _____
            Name

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $531.49 |
|---|---|---|---|

**Avaya**
350 Mt. Kemble Ave
Morristown, NJ 07960

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2023__

Basis for the claim:  __Utility__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,713.60 |
|---|---|---|---|

**Baker Mfg**
PO Box 12670
Alexandria, LA 71315

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2/2/16__

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,234.53 |
|---|---|---|---|

**Bank of America**
100 North Tyron St
Charlotte, NC 28255

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2023__

Basis for the claim:  __Personal Loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,945.10 |
|---|---|---|---|

**Benefit Services**
PO Box 2141
Huntington, WV 25721

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2021__

Basis for the claim:  __Services for 401k__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,855.72 |
|---|---|---|---|

**Brian Raider**
13 Valley St
Winfield, WV 25213

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/12/16__

Basis for the claim:  __Employee__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $334.72 |
|---|---|---|---|

**Carly Chapman**
5214 Nesting Way
Charleston, WV 25313

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __9/29/15__

Basis for the claim:  __Employee__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,343.31 |
|---|---|---|---|

**CFS**
25069 Pine Ridge Dr
Ste 200
Flat Rock, MI 48134

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __6/7/18__

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Contemporary Galleries of West Virginia Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,284.80 |
|---|---|---|---|

**Cherryman**
2100 Grand Ave
Ste 200
El Segundo, CA 90245

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/5/16

Basis for the claim:  **Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $183.35 |
|---|---|---|---|

**City of Charleston**
PO Box 1026
Charleston, WV 25324

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2023

Basis for the claim:  **Utility**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,985.71 |
|---|---|---|---|

**ECI Software Solutions**
4400 Alliance Gateway
Ste 154
Fort Worth, TX 76177

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2023

Basis for the claim:  **Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,856.00 |
|---|---|---|---|

**Haskell**
273 Montgomery Ave #204
Bala Cynwyd, PA 19004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/21/15

Basis for the claim:  **Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,001.41 |
|---|---|---|---|

**Herman & Cormany CPA**
8 Capitol St
Ste 600
Charleston, WV 25301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/7/18

Basis for the claim:  **Financial Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $207.20 |
|---|---|---|---|

**Kelly Davis**
8408 Pathfinder Ct.
Spotsylvania, VA 22553

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/30/15

Basis for the claim:  **Employee**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**L&M Office**
12424 E. 55th St
Tulsa, OK 74146

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/4/17

Basis for the claim:  **Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Contemporary Galleries of West Virginia Inc.**
_____   Case number (if known) _____
Name

| | |
|---|---|

**3.22** Nonpriority creditor's name and mailing address

**Leland International**
**5695 Eagle Dr, S.E.**
**Grand Rapids, MI 49512**

Date(s) debt was incurred  2/9/17

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$1,606.00

---

**3.23** Nonpriority creditor's name and mailing address

**Lightcorp**
**14800 172nd Ave**
**Burt, MI 48417**

Date(s) debt was incurred  1/8/15

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$785.80

---

**3.24** Nonpriority creditor's name and mailing address

**Lucinda Santer**
**734 Hess Dr**
**Charleston, WV 25311**

Date(s) debt was incurred  2/29/16

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No  ☐ Yes

$1,990.63

---

**3.25** Nonpriority creditor's name and mailing address

**Material Flow**
**PO Box 550**
**Donald, OR 97020**

Date(s) debt was incurred  6/28/17

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$369.15

---

**3.26** Nonpriority creditor's name and mailing address

**Maverick**
**Maverick Desk**
**3158 Production Drive**
**Fairfield, OH 45014**

Date(s) debt was incurred  8/25/15

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$20,471.15

---

**3.27** Nonpriority creditor's name and mailing address

**Morphotrak**
**5515 E LaPalma Ave**
**Anaheim, CA 92807**

Date(s) debt was incurred  4/19/13

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$2,380.00

---

**3.28** Nonpriority creditor's name and mailing address

**Mountaineer Gas Company**
**PO Box 5656**
**Charleston, WV 25361**

Date(s) debt was incurred  2023

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No  ☐ Yes

$188.09

---

Debtor   **Contemporary Galleries of West Virginia Inc.**                               Case number (if known) _____
              Name

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,114.50 |
|---|---|---|---|

**Mtj American**
**4276 Helena St**
**Granite Falls, NC 28630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/3/2015

Last 4 digits of account number _

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,069.96 |
|---|---|---|---|

**NC State Tax Dept.**
**Bankruptcy Unit**
**P.O. Box 1168**
**Raleigh, NC 27602-1168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Sales Tax

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,292.65 |
|---|---|---|---|

**Obex**
**1726 Ord Way**
**Oceanside, CA 92056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/10/18

Last 4 digits of account number _

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,251.84 |
|---|---|---|---|

**Ohio State Tax Dept.**
**4485 Northland Ridge Blvd**
**Columbus, OH 43229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Sales Tax

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,020.00 |
|---|---|---|---|

**Opening the Book**
**1000 Commerce Park Dr**
**Williamsport, PA 17701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/28/17

Last 4 digits of account number _

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $550.00 |
|---|---|---|---|

**Optimum**
**5707 MacCorkle Ave, S.E.**
**Ste. 60**
**Charleston, WV 25304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2023

Last 4 digits of account number _

Basis for the claim:  Utility

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,875.00 |
|---|---|---|---|

**Ovie Gibson CPA**
**207 Tennessee Ave**
**Charleston, WV 25302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2023

Last 4 digits of account number _

Basis for the claim:  Misc.

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Contemporary Galleries of West Virginia Inc.**    Case number (if known) _____
Name

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,728.20 |
|---|---|---|---|

**Pat Crickard**
**236 Summit Drive**
**Mocksville, NC 27028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/2/2017

Last 4 digits of account number _

Basis for the claim:  **Misc.**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $956.85 |
|---|---|---|---|

**Paul Santer**
**734 Hess Dr**
**Charleston, WV 25311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/2/17

Last 4 digits of account number _

Basis for the claim:  **Employee**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,125.14 |
|---|---|---|---|

**Penco**
**1820 Stonehenge Dr**
**Greenville, NC 27858**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2023

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,560.54 |
|---|---|---|---|

**Recycle Away**
**PO Box 1757**
**Brattleboro, VT 05301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/20/17

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $430.02 |
|---|---|---|---|

**Renaissance**
**PO Box 7407569**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2023

Last 4 digits of account number _

Basis for the claim:  **Dental Insurance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

**Sassafras Land & Leasing Co., LLC**
**601 Main St.**
**Ste. 102**
**Hazard, KY 41701**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Holdover Tenant**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $771.21 |
|---|---|---|---|

**Shelf Plus**
**2285 Executive Dr**
**Ste 310**
**Lexington, KY 40505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/21/17

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No  ☐ Yes

---

Debtor   **Contemporary Galleries of West Virginia Inc.**
_____
Name                                             Case number (if known)

| | |
|---|---|
| 3.43 | Nonpriority creditor's name and mailing address |

**Stephen Mcstravick**
**14030 Hackamore Dr**
**Matthews, NC 28105**

Date(s) debt was incurred _10/30/2016_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No  ☐ Yes

$8,735.92

---

| | |
|---|---|
| 3.44 | Nonpriority creditor's name and mailing address |

**Tennesse State Tax Dept**
**Andrew Jackson Building**
**500 Deaderick Street**
**Nashville, TN 37242**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Sales Tax**

Is the claim subject to offset? ■ No  ☐ Yes

$8,613.06

---

| | |
|---|---|
| 3.45 | Nonpriority creditor's name and mailing address |

**Top Shelf**
**17 Patriot Circle**
**Durham, NC 27704**

Date(s) debt was incurred _2/25/2016_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$10,614.50

---

| | |
|---|---|
| 3.46 | Nonpriority creditor's name and mailing address |

**Unisource**
**2882 Northridge Dr**
**Grand Rapids, MI 49544**

Date(s) debt was incurred _3/19/15_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$8,201.66

---

| | |
|---|---|
| 3.47 | Nonpriority creditor's name and mailing address |

**Virginia State Tax Department**
**P.O. Box 1115**
**Richmond, VA 23218-1115**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Sales Tax**

Is the claim subject to offset? ■ No  ☐ Yes

$520.24

---

| | |
|---|---|
| 3.48 | Nonpriority creditor's name and mailing address |

**WVAW**
**Attn:  Correspondence**
**PO Box 578**
**Alton, IL 62002**

Date(s) debt was incurred _2023_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No  ☐ Yes

$480.00

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

Debtor   **Contemporary Galleries of West Virginia Inc.**                          Case number (if known)   _____
_____
Name

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 368,602.37 |
| **5b. Total claims from Part 2** | 5b. + | $ | 224,851.02 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 593,453.39 |

Fill in this information to identify the case:

Debtor name    **Contemporary Galleries of West Virginia Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Contractually obligated to remove contents of former business premisis by July 18, 2023.** | |
|---|---|---|---|
| | State the term remaining | | **Sassafras Land & Leasing Co., LLC**<br>**c/o Theresa Johnson**<br>**60 Pilsner Place**<br>**Charleston, WV 25312** |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name **Contemporary Galleries of West Virginia Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                      Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Mary J. Russell** | PO Box 2829<br>Charleston, WV 25330 | **SBA Disaster Loan** | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |

Fill in this information to identify the case:

Debtor name **Contemporary Galleries of West Virginia Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................. $ 354,500.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................... $ 354,500.00

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ 500,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $ 368,602.37

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................ +$ 224,851.02

4. **Total liabilities** ....................................................................................................
   Lines 2 + 3a + 3b                                                                        $ 1,093,453.39

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Fill in this information to identify the case:

Debtor name  **Contemporary Galleries of West Virginia Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  July 14, 2023    X _____
Signature of individual signing on behalf of debtor

**Mary E. Russell**
Printed name

**President**
Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name    **Contemporary Galleries of West Virginia Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)   _____

☐ Check if this is an
   amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other | $189,103.14 |
| **For prior year:** From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other | $863,237.00 |

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Multiple Lienholders** | 6/2023 | $796,138.78 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Sold real esate and paid off lienholders.** |

Debtor   **Contemporary Galleries of West Virginia Inc.** _____   Case number _(if known)_ _____

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

**Part 3:   Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

Debtor    **Contemporary Galleries of West Virginia Inc.**                    Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
|  |  |  |  |

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.   **Pepper and Nason**<br>8 Hale St<br>Charleston, WV 25301<br><br>Email or website address<br>ryand@peppernason.com<br><br>Who made the payment, if not debtor? | **Attorney Fees** | **7/10/23** | **$2,665.00** |
| 11.2.   **Pepper and Nason**<br>8 Hale St<br>Charleston, WV 25301<br><br>Email or website address<br>ryand@peppernason.com<br><br>Who made the payment, if not debtor? | **Non-bankruptcy business matters** | **7/10/2023** | **$4,665.00** |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor    **Contemporary Galleries of West Virginia Inc.**                    Case number (if known) _____

■ Does not apply

|   **Address**   |   **Dates of occupancy**<br>**From-To**   |
|---|---|

<hr>

**Part 8:**  **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
|---|---|---|

<hr>

**Part 9:**  **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **John Hancock IRA** | EIN: _____ |

Has the plan been terminated?
☐ No
■ Yes

<hr>

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | **Financial Institution name and Address** | **Last 4 digits of account number** | **Type of account or instrument** | **Date account was closed, sold, moved, or transferred** | **Last balance before closing or transfer** |
|---|---|---|---|---|---|
| 18.1. | **City National Bank**<br>**PO Box 7520**<br>**Charleston, WV 25356** | **XXXX-** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other  **Retail** | **2019** | **$0.00** |

<hr>

Debtor    **Contemporary Galleries of West Virginia Inc.**    Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.2. | **City National Bank**<br>**PO Box 7520**<br>**Charleston, WV 25356** | XXXX- | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Escrow** | **2023** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **None** | | **None, but property held for the Veteran's Administration was collected just prior to filing.** | **$0.00** |

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.** **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

Debtor    **Contemporary Galleries of West Virginia Inc.**                    Case number *(if known)* _____

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

<div style="background:black;color:white">**Part 13:**</div>  **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Brown Edwards, CPA** **1815 Jefferson St** **Bluefield, WV 24701** | **2017 - 2023** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Mary Russell** **PO Box 2829** **Charleston, WV 25330** | |
| 26c.2. | **Brown Edwards, CPA** **1815 Jefferson St** **Bluefield, WV 24701** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Debtor    **Contemporary Galleries of West Virginia Inc.**                                    Case number *(if known)* _____

■ None

**Name and address**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor   **Contemporary Galleries of West Virginia Inc.**        Case number *(if known)* _____

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___July 14, 2023___

_____          **Mary E. Russell**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of West Virginia

In re  **Contemporary Galleries of West Virginia Inc.**

Debtor(s)

Case No. _____

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ........................................ $ _____**2,665.00**

   Prior to the filing of this statement I have received ...................... $ _____**2,665.00**

   Balance Due ............................................................................... $ _____**0.00**

2. The source of the compensation paid to me was:

   ☑ Debtor  ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor  ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

   **Any contested matter with a creditor or trustee.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

7/14/2023
_____
Date

_____
**Emmett Pepper**
*Signature of Attorney*
**Pepper and Nason**
8 Hale St
Charleston, WV 25301
304-346-0361  Fax:  304-346-1054
tinas@peppernason.com
*Name of law firm*

3branch
PO Box 2217
Northbrook, IL 60065


Advance
Advance Install Services
1180 113th St
Grand Prairie, TX 75050


Ali Farmer
1425 Corona Dr
Lexington, KY 40514


Amber Yost
1612 McClung St
Charleston, WV 25311


Amy Schlachter
2331 Fortune Dr
#290
Lexington, KY 40509


Appalachian Power
PO Box 24413
Canton, OH 44701


Appenx
1730 Lincoln Ave
Holland, MI 49423


Avaya
350 Mt. Kemble Ave
Morristown, NJ 07960


Baker Mfg
PO Box 12670
Alexandria, LA 71315


Bank of America
100 North Tyron St
Charlotte, NC 28255


Benefit Services
PO Box 2141
Huntington, WV 25721

Brian Raider
13 Valley St
Winfield, WV 25213


Carly Chapman
5214 Nesting Way
Charleston, WV 25313


CFS
25069 Pine Ridge Dr
Ste 200
Flat Rock, MI 48134


Cherryman
2100 Grand Ave
Ste 200
El Segundo, CA 90245


City of Charleston
PO Box 1026
Charleston, WV 25324


ECI Software Solutions
4400 Alliance Gateway
Ste 154
Fort Worth, TX 76177


Haskell
273 Montgomery Ave #204
Bala Cynwyd, PA 19004


Herman & Cormany CPA
8 Capitol St
Ste 600
Charleston, WV 25301


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Kelly Davis
8408 Pathfinder Ct.
Spotsylvania, VA 22553

L&M Office
12424 E. 55th St
Tulsa, OK 74146


Leland International
5695 Eagle Dr, S.E.
Grand Rapids, MI 49512


Lightcorp
14800 172nd Ave
Burt, MI 48417


Lucinda Santer
734 Hess Dr
Charleston, WV 25311


Mary J. Russell
PO Box 2829
Charleston, WV 25330


Material Flow
PO Box 550
Donald, OR 97020


Maverick
Maverick Desk
3158 Production Drive
Fairfield, OH 45014


Morphotrak
5515 E LaPalma Ave
Anaheim, CA 92807


Mountaineer Gas Company
PO Box 5656
Charleston, WV 25361


Mtj American
4276 Helena St
Granite Falls, NC 28630


NC State Tax Dept.
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

Obex
1726 Ord Way
Oceanside, CA 92056


Ohio State Tax Dept.
4485 Northland Ridge Blvd
Columbus, OH 43229


Opening the Book
1000 Commerce Park Dr
Williamsport, PA 17701


Optimum
5707 MacCorkle Ave, S.E.
Ste. 60
Charleston, WV 25304


Ovie Gibson CPA
207 Tennessee Ave
Charleston, WV 25302


Pat Crickard
236 Summit Drive
Mocksville, NC 27028


Paul Santer
734 Hess Dr
Charleston, WV 25311


Penco
1820 Stonehenge Dr
Greenville, NC 27858


Recycle Away
PO Box 1757
Brattleboro, VT 05301


Renaissance
PO Box 7407569
Chicago, IL 60674


Sassafras Land & Leasing Co., LLC
601 Main St.
Ste. 102
Hazard, KY 41701

Sassafras Land & Leasing Co., LLC
c/o Theresa Johnson
60 Pilsner Place
Charleston, WV 25312


SBA Disaster Loan
Office of Disaster Assitance
14925 Kingsport
Fort Worth, TX 76155


Shelf Plus
2285 Executive Dr
Ste 310
Lexington, KY 40505


Stephen Mcstravick
14030 Hackamore Dr
Matthews, NC 28105


Tennesse State Tax Dept
Andrew Jackson Building
500 Deaderick Street
Nashville, TN 37242


Top Shelf
17 Patriot Circle
Durham, NC 27704


Unisource
2882 Northridge Dr
Grand Rapids, MI 49544


Virginia State Tax Department
P.O. Box 1115
Richmond, VA 23218-1115


WVAW
Attn: Correspondence
PO Box 578
Alton, IL 62002

**United States Bankruptcy Court**
**Southern District of West Virginia**

In re    **Contemporary Galleries of West Virginia Inc.**

Debtor(s)                                    Case No.
                                             Chapter    7

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    July 14, 2023

Mary E. Russell/President
Signer/Title